# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TAEUS CORPORATION, | ) | Bankruptcy Case No.: |
| | ) | 15-23313 EEB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| TAEUS CORPORATION, et al, | ) | Adversary Proceeding No.: 16-01030 EEB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NETREIT PRESIDIO LLC | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES

Defendant/Creditor NetREIT Presidio LLC, by and through counsel, hereby discloses pursuant to Fed. R. Civ. P. 26(a)(1), the following information:

I.   **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

   1.   **TAEUS Corporation**, 4308 Ridgelane Drive, Colorado Springs, Colorado 80918. TAEUS Corporation ("Plaintiff/Debtor TAEUS") is a Delaware corporation and the plaintiff in the above-caption proceeding and the debtor in the related bankruptcy proceeding at Docket No. 15-23313 EEB, and its officers, agents, and employees are likely to have discoverable information.

   2.   **Arthur Nutter**, 4308 Ridgelane Drive, Colorado Springs, Colorado 80918. Mr. Nutter is the President and Chief Executive Officer of Plaintiff/Debtor TAEUS and is likely to have discoverable information.

3. **TAEUS International Corporation**, 4308 Ridgelane Drive, Colorado Springs, Colorado 80918. TAEUS International Corporation ("TIC") is a solvent co-defendant of Plaintiff/Debtor TAEUS in a related state court proceeding before the District Court for El Paso County, Colorado (2015CV31360), and its officers, agents, and employees are likely to have discoverable information.

4. **NetREIT Presidio LLC**, c/o The Law Offices of Theodore W. Brin, 1601 Blake Street, Suite 305, Denver, Colorado 80202; Telephone: 303.220.7601. NetREIT Presidio LLC is the defendant in the above-captioned proceeding and a creditor in the related bankruptcy proceeding at Docket No. 15-23313 EEB, and its employees, officers and agents are likely to have discoverable information.

5. **Gosia Bikker, MC Commercial Real Estate**, c/o The Law Offices of Theodore W. Brin, 1601 Blake Street, Denver, Colorado 80202; Telephone: 303.220.7601. Ms. Bikker is a Portfolio Manager/Broker with MC Commercial Real Estate, the property manager and agent for defendant NetREIT Presidio LLC, was one of the property manager/ brokers in charge of the property leased by Plaintiff/Debtor TAEUS, and is therefore likely to have discoverable information.

II. CATEGORIES OF DISCOVERABLE INFORMATION

1. **Lease and amendments;**
2. **Correspondence by and among the parties;**
3. **Court record in *NetREIT Presidio LLC v. TAUES International Corporation, et al.*, 2015 CV 31360 (El Paso Dist. Ct.);**

    4. **Court record in *In re: TAEUS Corporation*, Bankruptcy Case No. 15-23313 EEB (Chapter 11) (Bankr. D. Colo.);**

    5. **All documents produced by any other party in this case.**

### III.   COMPUTATION OF DAMAGES

Defendant NetREIT Presidio LLC is entitled pursuant to a lease entered into with Plaintiff/Debtor TAEUS to collect as damages its costs and attorney's fees incurred in defending against the complaint filed in this action

### IV.   INSURANCE AGREEMENTS

Not applicable.

Dated:  March 15, 2016

Respectfully submitted,

THE LAW OFFICES OF THEODORE W. BRIN

*/s/ Robert E. McGough*
Theodore W. Brin
Robert E. McGough
1601 Blake Street, Suite 305
Denver, Colorado 80202
Tel:  303.220.7601
Fax:  303.220.7252
Email:  theo@brinlaw.com | robert@brinlaw.com
*Attorneys for Netreit Presidio LLC*

## CERTIFICATE OF SERVICE

      I certify that on March 15, 2016 I served a copy of the foregoing **DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES** via CM/ECF upon all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, at the following addresses:

Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Avenue, Suite 330
Denver, Colorado  80224
Telephone:  720.361.6036
Telefax:  303.758.5055
Email:  mdavis@bkmurray.com
*Attorney for Debtor*

U.S. Trustee
1961 Stout Street
Suite 12-200
Denver, Colorado  80294

Alan K. Motes
1961 Stout Street
Suite 12-200
Denver, CO  80294

                                                    S/ Jody Burgess
                                                   Legal Assistant